

# NUMBER 13-19-00018-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

ISAAC MONTES,          **Appellant,**

**v.**

OVERHEAD DOOR CORPORATION,
RANDALL FURBAY, INDIVIDUALLY AND
AS OVERHEAD MANAGEMENT, AND
JANE DOE, INDIVIDUALLY AND AS
OVERHEAD MANAGEMENT,          **Appellees.**

## On Appellant's Motion to Stay Appeal

# ORDER

**Before Chief Justice Contreras and Justices Benavides and Longoria**
**Order Per Curiam**

Appellant Isaac Montes filed a petition for writ of mandamus, which this court denied without reaching the merits. Appellant's writ for mandamus is now pending pending before the Texas Supreme Court. If the mandamus is granted, then the

current appeal will become moot. Accordingly, appellant has filed an opposed "Motion to Stay Appeal Pending Petition for Writ of Mandamus Before the Texas Supreme Court" to stay the appeal for at least thirty days, after which time appellant has agreed to move forward with the current appeal regardless of whether the Supreme Court has ruled on the mandamus.

Having reviewed appellant's motion, we hereby GRANT the motion. We order all proceedings and deadlines on appeal STAYED for thirty days.

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
29th day of January, 2019.